**CASEY & BARNETT, LLC**
ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007

mfc@caseybarnett.com　　　Telephone: (212) 286-0225　　　NEW JERSEY OFFICE
Direct: 646-362-8919　　　Facsimile: (212) 286-0261　　　Casey & Barnett, LLP
　　　　　　　　　　　　　Web: www.caseybarnett.com　　　PO Box 235
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fanwood, NJ 07023

September 20, 2023

Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

　　　　　Re:　*Carl Schroeter GmbH & Co KG v. MSC Mediterranean Shipping Co*
　　　　　　　23-cv-6137-JPC
　　　　　　　Our Ref: 519-33

Dear Honorable Judge Cronan:

　　　We represent the plaintiff in this matter. We write to request that the initial Rule 16 Conference scheduled for 10:00 a.m. on October 3, 2023 be rescheduled for a later time on October 3 or to another date convenient for the Court. The reason for the request is that the undersigned has a doctor's appointment at 9:00 am on that date and it is unlikely that I would be able to attend the conference at that time. Counsel for defendant has no objection to this request.

　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　**CASEY & BARNETT, LLC**

　　　　　　　　　　　　　　　　　*Martin Casey*
　　　　　　　　　　　　　　　　　Martin F. Casey

cc:　James Marissen　　via email
　　　Mark Beckman　　　via email

The request is granted. The conference currently scheduled for October 3, 2023, is hereby adjourned until October 4, 2023, at 10:30 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.
Date: September 21, 2023　　　　　　　　　　　_____
New York, New York　　　　　　　　　　　　　　JOHN P. CRONAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge